CC: TO JUDGE ___PM___
Honorable Marsha J. Pechman

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 01 2002  PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br><br>Plaintiff,<br><br>vs<br><br>JOEL L. ROBINSON<br>a/k/a J R ROBINSON, and<br>DOMINIQUE'S ESCORT / MASSAGE<br>SERVICE, d/b/a DDS ESCORTS<br><br>Defendants | No.: C02-2164P<br><br>NOTICE OF DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES PURSUANT TO FED. R. CIV P 41(a)(1) |

COMES NOW the plaintiff, Lightspeed Media Corporation, a Washington corporation, pursuant to Fed. R. Civ. P 41(a)(1) and hereby gives notice of dismissal of the above captioned cause of action, without prejudice.

Dated this 1st day of November, 2002

*Avant*Law PLLC

By _____
Robert S Apgood
Attorneys for Plaintiff
Lightspeed Media Corporation

NOTICE OF DISMISSAL
WITHOUT PREJUDICE - 1

**AvantLaw PLLC**
500 Union Street, Suite 510
Seattle, Washington 98101
(206) 624-5667 - (206) 624-5715 (fax)