CC: TO JUDGE ___PM___

Honorable Marsha J. Pechman

CV 02-02164 #00000003

___FILED ___ENTERED
___LODGED ___RECEIVED

NOV 01 2002   PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs<br><br>JOEL L ROBINSON<br>　a/k/a J.R ROBINSON, and<br>DOMINIQUE'S ESCORT / MASSAGE<br>SERVICE, d/b/a DDS ESCORTS<br><br>　　　　Defendants | No. C02-2164P<br><br>DECLARATION OF ROBERT S APGOOD IN SUPPORT OF DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES PURSUANT TO FED. R CIV P 41(a)(1) |

I, Robert S. Apgood, hereby declare as follows:

1.　I am a member of AvantLaw PLLC, the attorneys for plaintiff Lightspeed Media Corp. in the above captioned case;

2.　As of the date and time of this declaration, the defendants in this matter have not responded to the request by Plaintiff to waive service of process in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure,

3.　The defendants have not served an Answer on Plaintiff to the Complaint in this matter delivered to them by ABC Legal Services, Inc on October 21, 2002 at 1:41 PM, and

4.　Plaintiff has not previously given notice of a dismissal in this matter

DECLARATION OF ROBERT S APGOOD IN
SUPPORT OF NOTICE OF DISMISSAL
WITHOUT PREJUDICE - 1

AvantLaw PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
(206) 624-5667 - (206) 624-5715 (fax)

ORIGINAL

1 | I declare the foregoing to be true and correct under penalty of perjury of the laws of the
2 | State of Washington
3 | EXECUTED this 1st day of November, 2002, at Seattle, Washington.

*Avant*Law PLLC

_____
Robert S. Apgood
Attorney for Plaintiff
Lightspeed Media Corporation

DECLARATION OF ROBERT S APGOOD IN
SUPPORT OF NOTICE OF DISMISSAL
WITHOUT PREJUDICE - 2

**AvantLaw** PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
(206) 624-5667 - (206) 624-5715 (fax)

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | I do hereby certify that on this \_1st\_ day of November, 2002, I caused to be served an |
| 3 | original copy of the foregoing: |
| 4 | 1.    Notice of Dismissal of Complaint for Injunctive Relief and Damages; and |
| 5 | 2    Declaration of Robert S. Apgood in Support of Notice of Dismissal of Complaint |
| 6 | for Injunctive Relief and Damages |
| 7 | upon JOEL L ROBINSON a/k/a J.R. ROBINSON, and DOMINIQUE'S ESCORT / MASSAGE |
| 8 | SERVICE, d/b/a DDS ESCORTS by depositing same in U.S. Mail, First Class, postage prepaid |
| 9 | for delivery to 1767 15th Avenue S., Seattle, Washington 98144. |

Robert S. Apgood

DECLARATION OF ROBERT S. APGOOD IN
SUPPORT OF NOTICE OF DISMISSAL
WITHOUT PREJUDICE - 3

AvantLaw PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
(206) 624-5667 - (206) 624-5715 (fax)